UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| KENDALL JOHNSON, | ) |
| Petitioner, | ) |
| v. | ) No. 1:24-cv-00140-RLY-KMB |
| FRANK VANIHEL, | ) |
| Respondent. | ) |

## FINAL JUDGMENT

The Court now enters FINAL JUDGMENT in this action in favor of the respondent and against the Petitioner, Kendall Johnson.

Mr. Johnson's petition for writ of habeas corpus is denied and the action is terminated.

Date: 5/01/2025

Kristine L. Seufert, Clerk of Court

By: _____
Deputy Clerk

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distribution:

KENDALL JOHNSON
222447
MIAMI - CF
MIAMI CORRECTIONAL FACILITY
Inmate Mail/Parcels
3038 West 850 South
Bunker Hill, IN 46914-9810

Natalie Faye Weiss
INDIANA ATTORNEY GENERAL
natalie.weiss@atg.in.gov